UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No.

APPROXIMATELY $22,606.00 IN UNITED
STATES CURRENCY, and

ONE 2017 LINCOLN MKZ, VEHICLE
IDENTIFICATION NUMBER (VIN)
3LN6L5E95HR614085, WITH ALL
APPURTENANCES AND ATTACHMENTS
THEREON,

Defendants.

---

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

---

The United States of America, by its attorneys, Matthew D. Krueger, United States

Attorney for the Eastern District of Wisconsin, and Scott J. Campbell, Assistant United States

Attorney for this district, alleges the following in accordance with Supplemental Rule G(2) of the

Federal Rules of Civil Procedure:

### Nature of the Action

1.      This is a civil action to forfeit properties to the United States of America, under

21 U.S.C. §§ 881(a)(4) and (6), for violations of 21 U.S.C. § 841(a)(1).

### The Defendants In Rem

2.      The defendant approximately $22,606.00 in United States currency was seized on

or about October 25, 2018, from Cardale Bland at or near 7XXX West Marine Drive,

Milwaukee, Wisconsin.

3.     The defendant one 2017 Lincoln MKZ bearing vehicle identification number (VIN) 3LN6L5E95HR614085 was seized on or about October 25, 2018, from Cardale Bland at or near 7XXX West Marine Drive, Milwaukee, Wisconsin.

4.     The defendant properties are presently in the custody of the United States Marshal Service in Milwaukee, Wisconsin.

## Jurisdiction and Venue

5.     This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(a).

6.     This Court has *in rem* jurisdiction over the defendant properties under 28 U.S.C. § 1355(b).

7.     Venue is proper in this district under 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district.

## Basis for Forfeiture

8.     The defendant approximately $22,606.00 in United States currency is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6) because it was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

9.     The defendant one 2017 Lincoln MKZ bearing vehicle identification number (VIN) 3LN6L5E95HR614085 is subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(4) because it was used, or intended to be used, to transport, or to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance in violation of 21 U.S.C. § 841(a)(1).

2

**Facts**

10.     Heroin is a Schedule I controlled substance under 21 U.S.C. § 812.

11.     Marijuana is a Schedule I controlled substance under 21 U.S.C. § 812.

12.     Fentanyl is a Schedule II controlled substance under 21 U.S.C. § 812.

13.     Cocaine is a Schedule II controlled substance under 21 U.S.C. § 812.

14.     Oxycodone is a Schedule II controlled substance under 21 C.F.R. § 1308.

15.     Lactose is used by drug dealers to cut or dilute controlled substances.

**Controlled buys of heroin, or a mixture of heroin and fentanyl, from Cardale Bland**

16.     On August 28, 2018, at approximately 1:06 p.m., a Wisconsin Department of Justice – Division of Criminal Investigation confidential informant ("CI") purchased approximately 2.2 grams of heroin from Cardale Bland for $390 in pre-recorded buy money at or near 7157 North 46th Street in Milwaukee, Wisconsin.

17.     On September 13, 2018, at approximately 4:35 p.m., the CI purchased approximately 3.55 grams of heroin from Cardale Bland for $520 in pre-recorded buy money at or near a Marathon gas station located at 10501 West Brown Deer Road in Milwaukee, Wisconsin (the "Marathon station").

18.     On September 25, 2018, at approximately 4:03 p.m., the CI purchased approximately 3.78 grams of a mixture of heroin and fentanyl from Cardale Bland for $560 in pre-recorded buy money at or near the Marathon station.

19.     On October 22, 2018, at approximately 3:34 p.m., the CI purchased approximately 4.27 grams of a mixture of heroin and fentanyl from Cardale Bland for $650 in pre-recorded buy money at or near the Marathon station as follows:

> A.     On October 22, 2018, at approximately 3:15 p.m., during a telephone conversation to set up the drug deal, Bland instructed the CI to meet Bland at a location – namely, the Marathon station – for the purchase of heroin.

3

B.   At about 3:29 p.m., the CI drove into the Marathon station parking lot and parked on the west side.

C.   At about 3:33 p.m., Cardale Bland drove into the Marathon station parking lot in the defendant 2017 Lincoln MKZ and parked on the north side.

D.   The license plates on the defendant 2017 Lincoln MKZ – ABE3XXX – were registered to Cardale Bland.

E.   Cardale Bland was the driver and sole occupant of the defendant 2017 Lincoln MKZ.

F.   The CI then exited CI's vehicle and entered the front passenger side of the defendant 2017 Lincoln MKZ.

G.   While inside the defendant 2017 Lincoln MKZ, Bland handed to CI three clear plastic knotted corner-cut baggies containing a mixture of heroin and fentanyl with a total weight of approximately 3.02 grams.

H.   Bland then took an additional approximately 1.25 grams in loose chunks of a heroin and fentanyl mixture out of another baggie containing a larger amount of that mixture and handed the approximately 1.25 grams to the CI.

I.   Bland handed to the CI a total of approximately 4.27 grams of the heroin and fentanyl mixture.

J.   The CI then handed $650 in pre-recorded buy money to Bland as payment for the approximately 4.27 grams of a mixture of heroin and fentanyl.

K.   The CI asked Bland about purchasing a larger amount of heroin from Bland in the future, and Bland agreed to do so.

L.   After the drug transaction, at approximately 3:35 p.m., the CI exited the defendant 2017 Lincoln MKZ and returned to CI's vehicle.

**October 6, 2018 traffic stop and arrest of Cardale Bland**

20.   On October 6, 2018, Milwaukee Police Department officers conducted a traffic stop on an Infinity Q50 for a suspended license plate registration.  The vehicle and plates were registered to Cardale Bland.

21.   Cardale Bland was the driver of the Infinity, and three minor females were passengers.

4

22.     Officers approached Bland's vehicle and spoke with Bland, who remained in the driver's seat.  While speaking with Bland, one officer saw marijuana buds and flakes on Bland's lap, and asked Bland to exit the vehicle.  After Bland exited the vehicle, officers saw a corner cut bag of drugs on the driver's seat where Bland had been sitting.

23.     Officers attempted to handcuff Bland, but Bland resisted arrest and refused to comply with officers' orders.  Ultimately, one officer deployed a taser on Bland, who was then taken into custody.

24.     Below are some of the items that were inside the Infinity on October 6, 2018:

    A.     A bag on the driver's seat contained 13 individually wrapped, clear plastic, corner cut baggies containing a total of 8.56 grams of heroin.

    B.     A digital scale was inside the driver's door compartment.

    C.     A total of four cell phones were in the vehicle.

25.     On Bland's person, officers found a baggie containing 3.79 grams of marijuana, along with $545 – which currency is not a defendant in this case.

26.     On October 9, 2018, Cardale Bland was charged in Milwaukee County Circuit Court, Case No. 18CF4831, with (1) possession of heroin with intent to deliver – second and subsequent offense, and (2) resisting an officer.

27.     On October 10, 2018, Cardale Bland posted $2,500 cash bond in Case No. 18CF4831 and was released from custody.

**October 25, 2018 execution of search warrants at Cardale Bland's residence and on the defendant 2017 Lincoln MKZ**

28.     On October 25, 2018, officers executed a search warrant at the residence of Cardale Bland, 7XXX W. Marine Drive, Milwaukee, Wisconsin ("Bland's residence").

29.     Present at Bland's residence during execution of the search warrant were Cardale Bland, an individual having the initials B.H., and two minor children.

5

30.    Below are some of the items inside Bland's residence on October 25, 2018.

    A.      In the dining room: A hydraulic press labeled "brick press."

    B.      In the living room:

        i.    Two bags containing a total of 1.47 grams of marijuana, and
       ii.    One cell phone.

    C.      In the kitchen:

        i.    A digital pocket scale with suspected drug residue,
       ii.    A baggie with four 15mg Oxycodone pills,
      iii.    A bag of Lactose,
       iv.    One cell phone,
        v.    Corner cut baggies and baggies, and
       vi.    Blender cups with suspected drug residue.

    D.      In the master bedroom:

        i.    On the dresser: a cell phone.

       ii.    In a pair of men's pants on the floor by the bed:

           a.    Approximately $406 in United States currency,

           b.    A cell phone that was assigned the phone number used by the CI to set up the drug buys with Cardale Bland, and

           c.    A bag containing: (1) 15 clear plastic corner cut baggies containing a mixture of heroin and fentanyl totaling 9.84 grams, and (2) 8 clear plastic corner cut baggies containing cocaine base totaling 2.96 grams.

      iii.    In the closet containing men's clothing:

           a.    A Milwaukee County Sheriff's Office property log sheet for the booking of Cardale Bland dated October 7, 2018,

           b.    A semi-automatic handgun with an extended magazine loaded with one round in the chamber and 27 rounds in the magazine,

           c.    A second semi-automatic handgun – which had been reported as stolen with Greenfield Police Department – with an extended magazine loaded with 30 rounds,

           d.    One cell phone,

   e. A Gucci bag containing approximately $23,000 in United States currency, and

   f. Identifiers for Cardale Bland.

31. A total of approximately $23,406 was seized from Bland's residence – approximately $406 from the men's pants and approximately $23,000 from the Gucci bag.

32. The seized approximately $23,406 included $800 in pre-recorded bills that the CI had paid to Cardale Bland in exchange for heroin, or a mixture of heroin and fentanyl, as follows:

   A. $220 (11-$20 bills) from the August 28, 2018 controlled buy,

   B. $280 (14-$20 bills) from the September 13, 2018 controlled buy, and

   C. $300 (10-$20 bills and 1-$100 bill) from the October 22, 2018 controlled buy.

33. The defendant approximately $22,606 in United States currency is comprised of the seized approximately $23,406 after subtracting the $800 in buy money.

34. Denominations of the defendant approximately $22,606 were 39-$100 bills, 68-$50 bills, 765-$20 bills, 1-$5 bill, and 1-$1 bill.

35. Officers also executed a search warrant on the defendant 2017 Lincoln MKZ, which was parked in the driveway at Bland's residence.  Inside the defendant vehicle were identifiers for Cardale Bland and one cell phone.

**Cardale Bland's October 9, 2018 State Drug Charges**

36. On October 9, 2018, Cardale Bland was charged in Milwaukee County Circuit Court, Case No. 18CF4831 with (1) possession of heroin with intent to deliver – second and subsequent offense, and (2) resisting an officer.

37. A jury trial in Case No. 18CF4831 is scheduled for September 30, 2019.

**Cardale Bland's October 26, 2018 State Drug Charges**

38.     On October 26, 2018, Cardale Bland was charged in Milwaukee County Circuit Court, Case No. 18CF5127, with (1) four counts of manufacture/deliver heroin, (2) one count of possession of heroin with intent to deliver, (3) one count of maintaining a drug trafficking place, (4) two counts of possession of a firearm by a felon, and (5) two counts of bail jumping.

39.     A jury trial in Case No. 18CF5127 is scheduled for September 30, 2019.

**Warrant for Arrest In Rem**

40.     Upon the filing of this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the defendant properties pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

**Claims for Relief**

41.     The plaintiff alleges and incorporates by reference the paragraphs above.

42.     By the foregoing and other acts, the defendant approximately $22,606.00 in United States currency was used or intended to be used in exchange for controlled substances, represents proceeds of trafficking in controlled substances, or was used or intended to be used to facilitate a violation of 21 U.S.C. § 841(a)(1).

43.     The defendant approximately $22,606.00 in United States currency is therefore subject to forfeiture to the United States of America under 21 U.S.C. § 881(a)(6).

44.     By the foregoing and other acts, the defendant 2017 Lincoln MKZ bearing vehicle identification number (VIN) 3LN6L5E95HR614085 was used, or intended to be used, to transport, or to facilitate the transportation, sale, receipt, possession, or concealment of a controlled substance in violation of 21 U.S.C. § 841(a)(1).

8

45.    The defendant 2017 Lincoln MKZ bearing vehicle identification number (VIN)

3LN6L5E95HR614085 is therefore subject to forfeiture to the United States of America under

21 U.S.C. § 881(a)(4).

WHEREFORE, the United States of America prays that a warrant of arrest for the

defendant properties be issued; that due notice be given to all interested parties to appear and

show cause why the forfeiture should not be decreed; that judgment declare the defendant

properties to be condemned and forfeited to the United States of America for disposition

according to law; and that the United States of America be granted such other and further relief

as this Court may deem just and equitable, together with the costs and disbursements of this

action.

Dated at Milwaukee, Wisconsin, this 6th day of June, 2019.

Respectfully submitted,

MATTHEW D. KRUEGER
United States Attorney


By:     s/SCOTT J. CAMPBELL
        SCOTT J. CAMPBELL
        Assistant United States Attorney
        Scott J. Campbell Bar Number: 1017721
        Attorney for Plaintiff
        Office of the United States Attorney
        Eastern District of Wisconsin
        517 East Wisconsin Avenue, Room 530
        Milwaukee, Wisconsin 53202
        Telephone: (414) 297-1700
        Fax: (414) 297-1738
        E-Mail: scott.campbell@usdoj.gov

9

## Verification

I, Matthew Cooper, hereby verify and declare under penalty of perjury that I am a Task Force Officer with the Drug Enforcement Administration (DEA) in Milwaukee, that I have read the foregoing Verified Complaint for Civil Forfeiture *in rem* and know the contents thereof, and that the factual matters contained in paragraphs 10 through 35 of the Verified Complaint are true to my own knowledge.

The sources of my knowledge and information are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Task Force Officer with DEA.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

Date: 06-06-2019                              s/MATTHEW COOPER
                                                         Matthew Cooper
                                                         Task Force Officer
                                                         Drug Enforcement Administration

JS 44 (Rev. 09/11)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

Place an "X" in the appropriate box: ❏ Green Bay Division ☒ Milwaukee Division

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Scott J. Campbell, AUSA
US Attorney's Office, #530 Federal Building
517 E. Wisconsin Avenue, Milwaukee, WI 53202 (414-297-1700)

## DEFENDANTS

APPROXIMATELY $22,606.00 IN UNITED STATES CURRENCY, et al.

County of Residence of First Listed Defendant    Milwaukee
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
❏ 2 U.S. Government Defendant
❏ 3 Federal Question *(U.S. Government Not a Party)*
❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☒ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane / ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability / ❏ 367 Health Care/ | | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander / Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability / Product Liability | | ❏ 820 Copyrights | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 340 Marine / ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ❏ 345 Marine Product Liability | | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 160 Stockholders' Suits | ❏ 350 Motor Vehicle / ❏ 370 Other Fraud | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 190 Other Contract | ❏ 355 Motor Vehicle Product Liability / ❏ 371 Truth in Lending | ❏ 720 Labor/Mgmt. Relations | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 195 Contract Product Liability | ❏ 360 Other Personal Injury / ❏ 380 Other Personal Property Damage | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| ❏ 196 Franchise | ❏ 362 Personal Injury - Med. Malpractice / ❏ 385 Property Damage Product Liability | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| | | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ❏ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights / ❏ 510 Motions to Vacate Sentence | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 220 Foreclosure | ❏ 441 Voting | **Habeas Corpus:** | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment / ❏ 530 General | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations / ❏ 535 Death Penalty | | | ❏ 950 Constitutionality of State Statutes |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment / ❏ 540 Mandamus & Other | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other / ❏ 550 Civil Rights | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education / ❏ 555 Prison Condition | ❏ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ❏ 560 Civil Detainee - Conditions of Confinement | ❏ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
❏ 2 Removed from State Court
❏ 3 Remanded from Appellate Court
❏ 4 Reinstated or Reopened
❏ 5 Transferred from another district *(specify)*
❏ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
21 USC §§ 881(a)(4) and (6)

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❏ Yes ☑ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE
06/06/2019

SIGNATURE OF ATTORNEY OF RECORD
s/SCOTT J. CAMPBELL

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:19-cv-00843-DEJ   Filed 06/06/19   Page 1 of 1   Document 1-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT LAW AND IN ADMIRALTY

---

UNITED STATES OF AMERICA,

       Plaintiff,

       v.                      Case No.

APPROXIMATELY $22,606.00 IN UNITED
STATES CURRENCY, and

ONE 2017 LINCOLN MKZ, VEHICLE
IDENTIFICATION NUMBER (VIN)
3LN6L5E95HR614085, WITH ALL
APPURTENANCES AND ATTACHMENTS
THEREON,

       Defendants.

---

**WARRANT FOR ARREST IN REM**

---

    To:    THE UNITED STATES MARSHAL
             Eastern District of Wisconsin

WHEREAS, a Verified Complaint for Civil Forfeiture *in rem* was filed on the 6th day of

June, 2019, by the United States Attorney for the Eastern District of Wisconsin, which seeks the

forfeiture of the above-named defendant properties pursuant to Title 21, United States Code,

Sections 881(a)(4) and (6), and which prays that process issue to enforce the forfeiture and to

give notice to all interested parties to appear before the court and show cause why the forfeiture

should not be decreed; and due proceedings being had, that the defendant properties be

condemned and forfeited to the use of the United States of America.

    YOU ARE THEREFORE HEREBY COMMANDED to attach and arrest the following

defendant properties, which are presently in the custody of the United States Marshal Service in

Milwaukee, Wisconsin, in the Eastern District of Wisconsin, and to detain the same until further

order of this Court:

       A.     Approximately $22,606.00 in United States currency, which was seized on or about October 25, 2018, from Cardale Bland at or near 7XXX West Marine Drive, Milwaukee, Wisconsin; and

       B.     One 2017 Lincoln MKZ bearing vehicle identification number 3LN6L5E95HR614085, which was seized on or about October 25, 2018, from Cardale Bland at or near 7XXX West Marine Drive, Milwaukee, Wisconsin.

Dated this _____ day of _____, 2019, at Milwaukee, Wisconsin.

STEPHEN C. DRIES
Clerk of Court

By: 

_____
Deputy Clerk

**Return**

This warrant was received and executed with the arrest of the above-named defendants.

Date warrant received: _____

Date warrant executed: _____

Name and title of arresting officer: _____

Signature of arresting officer: _____

Date: _____

2